# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| RE: | CASE NO.: 16-40402 |
|---|---|
| **BRITEN, BENJAMIN T.**<br>**BRITEN, KRISTEN A.**<br><br>Debtor(s) | **CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS** |

DATE OF 341(a) MEETING: August 08, 2016     LOCATION OF MEETING: Jerome
NAME OF TRUSTEE:  GARY L. RAINSDON         DATE CASE FILED: May 11, 2016

RECORDING TRACK NO. 4

DEBTOR: (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR:  ATTORNEY:  (X) PRESENT  ( ) NOT PRESENT  ( ) PRO SE
          R. Greg Ferney
CREDITORS:  APPEARING  (X) NONE

ACTION ITEMS:
( )   341(a) Meeting Continued to:
( )   SS information incorrect or missing
(X)   Concluded
( )   Dismiss for Failure of Debtor and/or Attorney to Appear
(X)   Discharge Information Given to Debtor
( )   Unscheduled Assets Identified
( )   Do Not Dismiss – Trustee Intends to Pursue Assets – Trustee will file complaint to deny
      or revoke discharge if necessary

GENERAL COMMENTS

(X)   DEBTOR IDENTITY AND SOCIAL SECURITY DOCUMENTATION MATCH PETITION
(X)   DEBTOR EXAMINED
(X)   SCHEDULES AND STATEMENT OF AFFAIRS FILED
(X)   STATEMENT OF INCOME AND EXPENDITURES FILED
(X)   DEBTOR INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U. S.
      TRUSTEE OR SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR
      DISMISSAL
(X)   DEBTOR READ AND UNDERSTANDS BOTH STATEMENT OF INFORMATION
      REQUIRED BY 11 U.S.C 341 AND STATEMENT FURNISHED BY GARY L. RAINSDON,
      TRUSTEE.

                                             /s/
                                             _____
                                             GARY L. RAINSDON, TRUSTEE